■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STANLEY BERG, Appellant. — Appeals by defendant, as limited by his motion, from two sentences of the County Court, Suffolk County (Mazzei, J.), both imposed

August 9, 1983. ¶ Appeals dismissed. Defendant has served his sentences and has been released from prison. Mollen, P. J., Titone, Mangano and Gibbons, JJ., concur.